SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044
E-Mail: salsciandra@sbcglobal.net

Attorney for Defendant, CHARLOTTE MILLER

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-CR-00103-LJO/SKO |
| Plaintiff, | ORDER |
| v. | |
| CHARLOTTE MILLER, | |
| Defendant. | |

The defendant, CHARLOTTE MILLER, having been fully advised of her right to be present at the Status Conference Hearing in the above-entitled matter set for Monday, August 4, 2014 at the hour of 1:00 p.m. in the courtroom of the Honorable Sheila K. Oberto has waived her right to be present pursuant to the attached Waiver of Personal Appearance dated and signed by defendant CHARLOTTE MILLER on May 28, 2014. IT IS HEREBY ORDERED that the defendant is excused from appearing on August 4, 2014.

IT IS SO ORDERED.

Dated: **June 6, 2014**          **/s/ Sheila K. Oberto**
                                 UNITED STATES MAGISTRATE JUDGE