SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: 559.233.1000
Facsimile: 559.707.6697
Email: salsciandra@sbcglobal.net

Attorney for Defendant CHARLOTTE MILLER

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLOTTE MILLER,<br><br>    Defendant. | CASE NO: 1:14-CR-00103-LJO/SKO<br><br>STIPULATION AND ORDER CONTINUING DATE FOR HEARING ON JUDGMENT AND SENTENCING<br><br>DATE: OCTOBER 31, 2016<br>TIME: 8:30 AM<br>COURTROOM: LAWRENCE J. O'NEILL<br><br>DATE: OCTOBER 11, 2016<br>TIME: 8:30 AM<br>COURTROOM: LAWRENCE J. O'NEILL |
|---|---|

Defendant, CHARLOTTE MILLER is currently set for a Hearing on Judgment and Sentencing on October 11, 2016. It is hereby stipulated by and between the defendant, through her attorney Salvatore Sciandra and the Government by and through its attorney Kathy Servatius that the Hearing on Judgment and Sentencing be continued to October 31, 2016 at the hour of 8:30 AM

The reason for this request is that the defendant lives in Arkansas and communication between counsel and defendant concerning the completion of the probation interview packet has been over the telephone and has proven to be extremely difficult because of the defendant's

limited ability to read and express herself. In order to overcome this problem undersigned counsel made arrangements with US Probation Officer Ross Micheli to conduct the probation interview through a conference call to be conducted on the afternoon of August 23, 2016. On the morning of October 23, counsel contacted the defendant to arrange a time to conduct the probation interview when counsel detected that the defendant was highly emotional. When counsel questioned the defendant as to the cause of her emotional state, the defendant began crying and informed counsel that her sister was in critical condition and was expected to die at any time. Counsel communicated this information to US Probation Officer Ross Micheli and it was determined that because of the impending deadline for a draft of the PSR, a continuance of the hearing on Judgment and Sentencing and all associated deadlines would be necessary in order to give the defendant time to grieve after the passing of her sister and the probation officer time to conduct a telephonic probation interview and prepare his draft report.

The schedule proposed by the probation officer and stipulated to by counsel is as follows:

| | |
|---|---|
| Judgment and Sentencing | 10/31/2016 |
| Formal objections filed with the Court | 10/24/2016 |
| Final PSR filed on CM/ECF | 10/17/2016 |
| Informal objections provided to Probation and counsel | 10/10/2016 |
| Draft PSR disclosed to parties | 09/26/2016 |

Dated: August 25, 2016         /*s*/Salvatore Sciandra
                               Attorney For Defendant
                               CHARLOTTE MILLER


Dated: August 25, 2016         Philip A. Talbert
                               Acting United States Attorney

                               By: /*s*/ Kathleen Servatius
                               Approved by email August 24, 2016
                               Kathleen Servatius
                               Assistant United States Attorney

/ / /
/ / /
/ / /

## **ORDER**

The court has reviewed and considered the stipulation of the parties and good cause appearing IT IS ORDERED that the Hearing for Judgment and Sentencing in this matter currently set for October 11, 2016 be continued to October 31, 2016 at the hour of 8:30 AM. The draft PSR will be disclosed to the parties on September 26, 2016; informal objections will be provided to the probation officer and counsel on or before October 10, 2016, final PSR will be filed CM/ECF on or before October 17, 2016, and formal objections will be filed with the Court on or before October 24, 2016..

IT IS SO ORDERED.

Dated:   **August 25, 2016**              /s/ Lawrence J. O'Neill
                                      UNITED STATES CHIEF DISTRICT JUDGE