HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226

Telephone: (559) 487-5561

**FILED**
JAN 08 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00103 LJO-SKO |
| Plaintiff, | **APPLICATION AND [PROPOSED] ORDER APPOINTING COUNSEL** |
| vs. | |
| CHARLOTTE MILLER, | |
| Defendant. | |

Defendant, Charlotte Miller, through the Federal Defender for the Eastern District of California, hereby requests appointment of panel counsel in seeking early termination of her probation. The Federal Defenders Office has a conflict.

Mr. Torres submits the attached Financial Affidavit as evidence of her inability to retain counsel. On July 19, 2016, Ms. Miller pled guilty to Count 5 of the Indictment, namely, Conspiracy to Possess Methamphetamine with Intent to Distribute, 21 U.S.C. §§ 846, 841(a)(1). On October 31, 2016, Ms. Miller was sentenced to five years of probation with conditions.

Therefore, after reviewing the Financial Affidavit, it is respectfully recommended that panel counsel be appointed to assist Ms. Miller.

DATED: January 7, 2020

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints panel counsel pursuant to 18 U.S.C. § 3006A.

Dated: January 8, 2020

/s/ Barbara A. McAuliffe
HONORABLE BARBARA A. McAULIFFE
UNITES STATES MAGISTRATE JUDGE